UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL MAJOR, MARK MAJOR,<br><br>Plaintiffs,<br><br>v.<br><br>BOHRNSEN & STOWE, MAXEY LAW OFFICE, MARK D. HODGSON,<br><br>Defendants. | NO. CV-08-269-RHW<br><br>**ORDER DENYING PLAINTIFFS' SUPPLEMENTAL MOTION FOR DEFAULT JUDGMENT AGAINST MARK D. HODGSON** |

On August 28, 2008, Plaintiffs filed the above-captioned caption *pro se*. On September 22, 2008, Defendant Mark D. Hodgson filed an answer to the complaint (Ct. Rec. 12). On November 5, 2008, Plaintiffs filed a motion seeking default judgment against Defendant Mark D. Hodgson, based on their belief that "he had not filed a notice of appearance, answer, or anything." (Ct. Rec. 16). Given that Defendant Hodgson filed an answer to Plaintiffs' complaint, Plaintiffs' Supplemental Motion for Default Judgment Against Mark D. Hodgson is without merit.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiffs' Supplemental Motion for Default Judgment Against Mark D. Hodgson (Ct. Rec. 16) is **DENIED**.

///
///
///

**ORDER DENYING PLAINTIFFS' SUPPLEMENTAL MOTION FOR DEFAULT JUDGMENT AGAINST MARK D. HODGSON ~ 1**

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2  Order and forward copies to Plaintiffs and counsel.
3  **DATED** this 12th day of December, 2008.

4
5              *s/Robert H. Whaley*
6              ROBERT H. WHALEY
               Chief United States District Judge
7
8
9
10
11  Q:\CIVIL\2008\major\deny.wpd

**ORDER DENYING PLAINTIFFS' SUPPLEMENTAL MOTION FOR
DEFAULT JUDGMENT AGAINST MARK D. HODGSON ~ 2**